

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: 15-50875 |
| DARLENE R SNIPES | ) |
| | ) ALAN M. KOSCHIK |
| | ) BANKRUPTCY JUDGE |
| DEBTOR(S) | ) |
| | ) ORDER STOPPING EMPLOYER |
| | ) DEDUCTIONS |
| Last 4 digits of SSN: 7315 | ) |

The Chapter 13 Trustee has advised the Court that the Chapter 13 Plan of the Debtor(s) has been completed and/or that this Chapter 13 case has been converted or dismissed. Accordingly, payroll deductions from the paycheck of the Debtor(s) should cease.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Debtor's employer, **JAI SHIYARAM INC**, stop making deductions for the Debtor's Chapter 13 plan

###

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH  44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072

cc:
    **DARLENE R SNIPES**
    **544 ARDELLA AVE**
    **AKRON, OH 44306-2510**
    **(Via Regular Mail)**

    WILLIAM SREMACK (via ECF)

    Keith L. Rucinski. Chapter 13 Trustee (via ECF)

    JAI SHIYARAM INC
    600 ENTERPRISE DRIVE
    LEWIS CENTER, OH 43035
    (Via Regular Mail)

    Office of the US Trustee (via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072