This document was signed electronically on February 24, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: February 24, 2021



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

CHAPTER 13
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO: 15-50875 |
| DARLENE R SNIPES | ) |
| | ) ALAN M. KOSCHIK |
| | ) BANKRUPTCY JUDGE |
| DEBTOR(S) | ) |
| | ) **ORDER TO CLOSE CASE** |
| | ) **AS DEBTOR IS NOT ELIGIBLE** |
| | ) **FOR DISCHARGE** |
| | ) |

The Chapter 13 Trustee has submitted a motion requesting the Court to close the above Chapter 13 case. The Trustee's motion is incorporated herein as if fully rewritten.

The basis for the Trustee's motion to close is that the debtor is not eligible for a discharge pursuant to 11 USC Section 1328(f) in that the debtor filed a Chapter 7 case within 4 years of the filing date of this Chapter 13 case.

The debtor filed a Chapter 7 case on or about **June 05, 2014**, and earned a discharge on or about **9/10/2014** in case number **14-51471**. The debtor filed the current case on or about **April 15, 2015** which is less than 4 years from the filing date of case number **14-51471**.

The Trustee's motion contained a 30 day objection period and no party in interest filed a response or objection to the Trustee's motion. The Court hereby orders that this case be closed without a discharge.

###

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No.
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH  44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

cc:

    **DARLENE R SNIPES**
    **544 ARDELLA AVE**
    **AKRON, OH  44306-2510**
    **(Via Regular Mail)**

    WILLIAM SREMACK (via ECF)

    All creditors listed on the attached matrix (via Reqular Mail)

    Keith L. Rucinski. Chapter 13 Trustee (via ECF)

    Office of the US Trustee (via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072

```
Label Matrix for local noticing            Akron                                  Recovery Management Systems Corporation
0647-5                                     455 U.S. Courthouse                    25 S.E. 2nd Avenue, Suite 1120
Case 15-50875-amk                          2 South Main Street                    Miami, FL 33131-1605
Northern District of Ohio                  Akron, OH 44308-1813
Akron
Thu Dec 10 09:11:59 EST 2020

455 John F. Seiberling Federal Building    BFG Federal Credit Union               BFG Federal Credit Union
US Courthouse                              445 S Main St                          Weltman, Weinberg & Reis, Co., L.P.A.
2 South Main Street                        Akron, OH 44311-1068                   323 W. Lakeside Avenue, Ste. 200
Akron, OH 44308-1848                                                              Cleveland, OH 44113-1009


Summit County Fiscal Officer               Darlene Renee Snipes                   Keith Rucinski
CFE Ohio Bldg                              544 Ardella Ave                        Chapter 13 Trustee
175 South Main St                          Akron, OH 44306-2510                   One Cascade Plaza Suite 2020
Akron, OH 44308-1306                                                              Akron, OH 44308-1160


William M Sremack
2745 S Arlington Rd
Akron, OH 44312-4713
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Recovery Management Systems Corporation    End of Label Matrix
25 S.E. 2nd Avenue, Suite 1120                Mailable recipients    9
Miami, FL 33131-1605                          Bypassed recipients    1
                                              Total                 10
```